## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**FREDERICK D. SMALL**                                                                 **PLAINTIFF**

**vs.**                                                                     **CIVIL ACTION NO.: 2:12CV36-D-S**

**DESOTO COUNTY, MS, et al.**                                                          **DEFENDANTS**

### JUDGMENT

Upon consideration of the file and records in this action, including the Report and

Recommendation of the United States Magistrate Judge dated May 15, 2012, the Court finds that

the Magistrate Judge's Report and Recommendation should be approved and adopted as the

opinion of the Court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated

May 15, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the defendant, W.E. Davis is **DISMISSED** from this cause.

3. That the plaintiff's claims against the remaining defendants for denial of access to the

courts will **PROCEED**.

THIS the 8 day of August, 2012.

_____
**SENIOR JUDGE**